December 29, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

DAVID HAMRICK, MAGGIE HAMRICK, SUE BERTRAM, AND STEVE
BERTRAM, Appellants

NO. 14-10-00560-CV                    V.

TOM WARD AND BETSEY WARD, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Tom Ward and Betsey Ward, signed May 25, 2010, and made final by a nonsuit on June 15, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting final summary judgment favoring the Wards because a material issue of fact exists regarding appellants', David Hamrick, Maggie Hamrick, Sue Bertram, and Steve Bertram's, bona fide purchaser affirmative defense. The trial court also erred in awarding attorney's fees to appellees. We therefore order that the portions of the judgment that granted summary judgment against appellant's bona fide purchaser affirmative defense and awarded attorney's fees to appellees are **REVERSED** and ordered severed and **REMANDED** for further proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.